MICHAEL J. MACK, Plaintiff-Appellant, *v.* FRANCES CZERNIAK, f/k/a FRANCES MACKNAKOWSKI *et al.*, Defendants-Appellees.

(No. 55768;

First District (3rd Division)—January 17, 1974.

Opinion by Mr. JUSTICE DEMPSEY.

Albert H. Beaver, of Chicago, for appellant.

No brief for appellees.